IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| TIMOTHY ALLAN SEARS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CV 00-PT-1498-M |
| DON SIEGELMAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM OF OPINION

The magistrate judge entered a report and recommendation on February 20, 2002. Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. An appropriate order will be entered.

DATED this 19th day of March, 2002.

ROBERT B. PROPST
SENIOR JUDGE